STATE OF NORTH CAROLINA v. HAROLD RAY GREENE,
ALIAS JIMMY LEE GRAY

No. 7124SC134

(Filed 28 April 1971)

APPEAL by defendant from *Froneberger, Superior Court Judge,* September 1970 Session of WATAUGA County Superior Court.

Defendant was charged in a proper bill of indictment with breaking and entering and larceny, and entered a plea of not guilty.

Evidence for the State tended to show that the defendant broke into a store in Stony Fork Township, Watauga County, owned by John D. Wellborn, and removed therefrom the items

State v. Greene

described in the bill of indictment. Defendant was accompanied in the commission of the crime by his brother-in-law, who testified for the State. Another witness testified that she saw the defendant outside the store at the approximate time the break-in occurred.

Defendant presented no evidence in his own behalf.

From a verdict of guilty on both counts and consecutive sentences of five years on the larceny count and six years on the breaking and entering count, defendant appeals to this Court.

*Attorney General Robert Morgan by Assistant Attorney General Sidney S. Eagles, Jr., and Staff Attorney Russell G. Walker for the State.*

*T. Michael Lassiter for defendant appellant.*

CAMPBELL, Judge.

No brief was filed in this Court on behalf of defendant. However, the court-appointed attorney for defendant, in his statement of the case on appeal contained in the record, states with candor and frankness that he is unable to find any error to assert on appeal.

We have reviewed the record in this case and find no prejudicial error.

No error.

Judges BRITT and GRAHAM concur.